**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: <br><br> CONDADO 5, LLC, <br><br>    Appellant, <br><br> vs. <br><br> VAQUERÍA LAS MARTAS, INC., JOSÉ R. CARRIÓN, as CHAPTER 12 TRUSTEE, <br><br>    Appellees, <br><br> U.S. TRUSTEE FOR REGION 21, <br><br>    Nominal Party. | CASE NO. 23-cv-01074 (RAM) <br><br><br> APPEAL FROM THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO |

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF PURSUANT TO PR L. Civ. R. 6**

TO THE HONORABLE COURT:

COMES NOW, appellant Condado 5, LLC ("Condado" or "Appellant"), through the undersigned counsels, and respectfully moves this Court for an order grating it an additional 30-days to file its Appellant's Brief and in support hereof, states:

1. On February 15, 2023, Condado filed a *Notice of Appeal* with the U.S. Bankruptcy Court (Bankr. Case No. 22-02380, ECF No. 103).

2. On February 16, 2023, this Court entered the *Transmittal of Notice of Appeal from Bankruptcy Court* (the "*Transmittal Notice*", ECF No. 1).

3. On March 7, 2023, this Court entered the *Certification for Transmittal*, setting the deadline to file the Appellant's brief for Wednesday, March 22, 2023 (ECF No. 7).

4. Appellant is still in the process of preparing the brief but needs additional to finish and file it with the corresponding appendix.

5. Appellant respectfully requests an additional thirty (30) days, through and including **Friday, May 19, 2023**, to file its brief.

- 2 -

WHEREFORE, Appellant respectfully prays the Court to grant thirty (30) days, through and including **Friday, May 19, 2023**, to file its brief along with the corresponding appendix pursuant to PR L. Civ. R. 6 and grant any other remedy that is fair and equitable.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 19th day of April 2023.

<u>Certificate of Service</u>

We hereby certify on this same date, we electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case, including Appellee's counsel and the U.S. Trustee for Region 21.  Motions and orders processed through CM/ECF are "presumed to be served on the same date of the electronic filing". <u>P.R. Elec. Power Auth. v. Vitol, Inc.</u>, 298 F.R.D. 23, 26 (D.P.R.2014).

**Ferraiuoli** LLC
Attorneys for Appellant
Condado 5, LLC
PO Box 195168
San Juan, PR 00919-5168
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

*/s/ Gustavo A. Chico-Barris*
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com

*/s/Tomás F. Blanco-Pérez*
TOMAS F. BLANCO-PEREZ
USDC-PR No. 304910
tblanco@ferraiuoli.com