IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>Condado 5, LLC<br>Appellant<br><br>V.<br><br>Las Martas, Inc.<br>Jose R. Carrion, Ch. 12 Trustee<br>Appellees<br><br>Debtor(s) | Case No.:  23-CV-01074 (RAM)<br><br>Appeal from the U.S. Bankruptcy Court for the District of Puerto Rico |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF

TO THE HONORABLE COURT:

COMES NOW, Appellee Jose R. Carrion-Morales, Chapter 12 Standing Trustee ("Appellee/Trustee"), through the undersigned attorney and, very respectfully, states and prays as follows:

1. On March 19, 2023, Appellant Condado 5, LLC filed its Appellant Brief (Docket 9). This Honorable Court stated that Appellee Brief must be filed by today, May 30, 2023.

2. Appellee/Trustee is in the process of drafting his Appellee brief but needs additional time to finish drafting and to file the same.

3. In light of the above, the Appellee/Trustee requests an additional 30 days, or until June 29, 2023, to file his brief.

WHEREFORE, Appellee/Trustee requests that this Honorable Court grant him an extension of time up to and including June 29, 2023, to file his brief.

RESPECTFULLY SUBMITTED

## Certificate of Service

I hereby certify, that on this same date, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case including counsels for Appellant Condado 5, LLC and Co-Appellee Las Martas, Inc., as well as U.S. Trustee for Region 21.

In San Juan, Puerto Rico, this 30th day of May 2023.

> JOSE R. CARRION MORALES
> CHAPTER 12 STANDING TRUSTEE
> Ochoa Building
> 500 Tanca St. Suite 502
> San Juan, PR 00901
>
> P.O. Box 9023884
> Old San Juan Station,
> San Juan, P.R. 00902-3884
> Tel (787) 977-3535
>
> /s/ *Alexandra Rodríguez-Diaz*
>     Alexandra Rodríguez Diaz
>     USDC No. 224311
>     arodriguez@ch13-pr.com