IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>Condado 5, LLC<br>Appellant<br><br>V.<br><br>Las Martas, Inc.<br>Jose R. Carrion, Ch. 12 Trustee<br>Appellees<br><br>Debtor(s) | Case No.:  23-CV-01074 (RAM)<br><br>Appeal from the U.S. Bankruptcy Court for the District of Puerto Rico |

### MOTION TO INFORM AND REQUEST FOR CONTINUATION OF PROCEEDINGS

TO THE HONORABLE COURT:

COMES NOW, Appellee Jose R. Carrion-Morales, Chapter 12 Standing Trustee ("Appellee/Trustee"), through the undersigned attorney and, very respectfully, states and prays as follows:

1. On September 29, 2023, the United States Bankruptcy Court for the District of Puerto Rico (the "Bankruptcy Court") entered an order dismissing Bankruptcy Case 22-02380 In Re Las Martas, Inc.  Co-Appellee Las Martas, Inc. ("Las Martas") appealed such dismissal with the First Circuit Bankruptcy Appellate Panel (the "BAP"), Case No. 23-026.

2. This Honorable Court entered and order staying the present appeal on October 13, 2025.  (Docket 25)

3. On March 5, 2025, the BAP entered an Opinion and Order vacating the dismissal of bankruptcy Case No. 22-02380 and remanding the case to the

---

Bankruptcy Court for further proceedings.  See, Opinion and Order and Judgment entered by the BAP on March 5, 2025 included herein as **Exhibits 1 and 2**.

4. In light of the above, the Appellee/ Trustee hereby requests that this Honorable Court take notice of the abovementioned and continue with the proceedings of the present appeal.

WHEREFORE, Appellee/Trustee requests that this Honorable Court take notice of the abovementioned and continue with the proceedings of the present appeal.

RESPECTFULLY SUBMITTED

### Certificate of Service

I hereby certify, that on this same date, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case including counsels for Appellant Condado 5, LLC and Co-Appellee Las Martas, Inc., as well as U.S. Trustee for Region 21.

In San Juan, Puerto Rico, this 24th day of April 2025.

JOSE R. CARRION MORALES
CHAPTER 12 STANDING TRUSTEE
Ochoa Building
500 Tanca St. Suite 502
San Juan, PR 00901

P.O. Box 9023884
Old San Juan Station,
San Juan, P.R. 00902-3884
Tel (787) 977-3535

/s/ *Alexandra Rodríguez-Diaz*
Alexandra Rodríguez Diaz
USDC No. 224311
arodriguez@ch13-pr.com-*.