## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LAS MARTAS, INC.,<br><br>**Debtor.**<br><br>CONDADO 5 LLC,<br><br>**Plaintiff-Appellant,**<br><br>v.<br><br>LAS MARTAS, INC.,<br><br>**Defendant-Appellee.** | **CIVIL NO. 23-1074 (RAM)** |

**JUDGMENT**

In accordance with the Opinion and Order entered on September 4, 2025 (Docket No. 37), the Bankruptcy Court's Opinion and Order of February 15, 2023 (Docket No. 1-1) is **AFFIRMED**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 4th day of September 2025.

S/ RAÚL M. ARIAS-MARXUACH
United States District Judge
